

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MySpace Inc | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 07-1929-ABC(AGRx) |
| v. | |
| Sanford Wallace et al | **DEFAULT BY CLERK** |
| DEFENDANT(S). | **F.R.Civ.P. 55(a)** |

It appearing from the records in the above-entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

Sanford Wallace doing business as

Freevegasclubs.com, doing business

as Real-Vegas-Sins.com

and doing business as Feeble Minded Productions

Clerk, U. S. District Court

| 6/5/07 | By L Chai |
|---|---|
| Date | Deputy Clerk |

CV-37 (10/01)          DEFAULT BY CLERK F.R.Civ.P. 55(a)