# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA



### CIVIL MINUTES - GENERAL

Case No.   CV 07-1929-ABC(AGRx)                              Date   July 2, 2007

Title      MySpace, Inc. -vs- Sanford Wallace, etc., et al

---

Present: The Honorable   AUDREY B. COLLINS

| Daphne Alex | Katherine Stride | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Ian Ballon; Nina Boyajian                  Cynthia Woollacott

**Proceedings:**        Plaintiff's motion for Preliminary Injunction

Motion is granted. Plaintiff shall prepare a proposed order including Findings of Facts and Conclusions of Law, within 10 days.





: 25

Initials of Preparer   DA

---