GREENBERG TRAURIG, LLP
IAN C. BALLON (SBN 141819)
WENDY M. MANTELL (SBN 225544)
LORI CHANG (SBN 228142)
NINA D. BOYAJIAN (SBN 246415)
2450 Colorado Avenue, Suite 400E
Santa Monica, California  90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
Email:  ballon@gtlaw.com, mantellw@gtlaw.com

Attorneys for Plaintiff
MYSPACE, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYSPACE, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SANFORD WALLACE D/B/A FREEVEGASCLUBS.COM, REAL-VEGAS-SINS.COM, and FEEBLE MINDED PRODUCTIONS, an individual; WALTER RINES, an individual; ONLINE TURBO MERCHANT, INC., a corporation; and ODYSSEUS MARKETING, INC., a corporation,<br><br>Defendants. | CASE NO. CV-07-1929 ABC (AGRx)<br><br>**DECLARATION OF JOSEPH MAROTTA IN SUPPORT OF PLAINTIFF MYSPACE, INC.'S MOTION FOR DEFAULT JUDGMENTS AGAINST DEFENDANTS SANFORD WALLACE AND WALTER RINES**<br><br>**Filed Concurrently With:**<br>**Notice of Motion and Motion; Memorandum; Declaration of Lori Chang; Declaration of Shing Yin Khor; Declaration of Kevin Datoo; and [Proposed] Order.**<br><br>Date:  May 12, 2008<br>Time:  10:00 a.m.<br>Ctrm:  680<br>Judge:  Hon. Audrey B. Collins |

## DECLARATION OF JOSEPH MAROTTA

I, Joseph Marotta, declare:

1.     I am a Security Enforcement Analyst for MySpace, Inc. ("MySpace"), working at a MySpace office located in El Segundo, California.  As a Security Enforcement Analyst, I work with MySpace's Abuse Team to investigate spamming and phishing activities on the MySpace network.  The following facts are known by me to be true and correct and if called as a witness I could and would competently testify thereto under oath.

2.     On or around January 26, 2008, MySpace received reports that MySpace users were receiving unsolicited commercial messages containing an image of a message instructing users to visit "BestFreePeople.com."  An example of this image ("BestFreePeople.com image") is copied below:

> hey you will like this for your cell
> just go to BestFreePeople.com
> trust me this is all you

3.     On or around January 28, 2008, I began investigating this latest attack.  I discovered that these messages were being sent from user accounts that had the BestFreePeople.com image uploaded onto their profiles.  I performed a search using the MySpace ImageID tool to determine which profiles were hosting these images, and the dates and times that the uploading occurred.  The MySpace ImageID tool is a multi-function program that helps us identify, among other things, the unique image ID that MySpace assigns to an image on its server, the date and time an image was uploaded onto a user profile, and the IP address that accessed the user account to upload the image.  Using this tool, I and my colleague, Allison Corona, also a Security Enforcement Analyst, found that hijacked accounts were being accessed from at least 19 different IP addresses to upload the BestFreePeople.com image onto their profiles.  By performing a

1

WHOIS search on bestunbeatableoffer.com, I saw that this website was registered by Lazarus Communications Worldwide, Inc., based in Panama City, Republic of Panama.

4.     In addition to unlawfully accessing hijacked accounts to upload the BestFreePeople.com image onto their profiles, the individuals behind this attack re-accessed the same hijacked accounts to send unsolicited commercial messages containing this image to other MySpace users.  Attached as Exhibit A are true and correct copies of screenshots of such messages containing this image.

5.     As part of this ongoing investigation, Joeslyn Rescober, a database administrator for MySpace, at my request, performed a reverse IP search of each of the 19 IP addresses to determine the number of profiles that were accessed by these addresses.  On or around January 30, 2008, Ms. Rescober sent me a report confirming that the total number of profiles accessed was, at that time, 277,651.

6.     These images were directing MySpace users to visit commercial websites promoting various commercial offers, such as ringtones and purported matchmaking services.  When a user typed in bestfreepeople.com into its web browser, they were automatically redirected to bestunbeatableoffer.com, which appears as an iframe. Attached as Exhibit B are true and correct copies of screenshots of certain webpages that appeared when accessing bestfreepeople.com and redirecting to bestunbeatableoffer.com.

7.     I used a software program called "Fiddler" to determine the HTTP web progression that occurs when typing bestfreepeople.com in a web browser.  Fiddler is a tool that displays and logs all incoming HTTP traffic for a given website.  By using Fiddler, I discovered there was a website hosting an image located at http://216.22.4.42/thanksforvisiting.jpg had appeared along the web progression.  I typed this URL into my browser and saw that it displayed an image of the middle finger. Attached as Exhibit C is a true and correct copy of a printout of the webpage containing the middle finger image, located at http://216.22.4.42/thanksforvisiting.jpg.

2

8.      I performed a WHOIS search that revealed that this website is operated by Online Turbo Merchant, Inc., located at 6 Laurel Lane, Stratham, New Hampshire. Attached as Exhibit D is a true and correct copy of the WHOIS report.  I am informed that Online Turbo Merchant, Inc. is Walter Rines's corporation.

9.      The website located at http://216.22.4.42/thanksforvisiting.jpg does not appear to be a redirecting site, or otherwise used to track data relating to advertising credit.  It does not appear to serve any function other than to host this image within the web progression.  Users visiting bestfreepeople.com, however, do not see this image.  It is revealed only upon mapping out the web progression by using a program such as Fiddler.

10.     I logged the web progression for bestfreepeople.com on seven separate occasions and saw that the http://216.22.4.42/thanksforvisiting.jpg website appeared each time.  These web progressions are summarized below:

(a) Web progression logged on January 28, 2008 at 9:00 a.m.:

      1.  bestfreepeople.com
      2.  216.22.4.42 /thanksforvisiting.jpg
      3.  www.rgjmp.com/redir.aspx?CID=4412&AFID=13776&DID=20752
      4.  www1.topqualityringtones.com/232/index.jsp?s=13776
      5.  tracking.fsjmp.com/tracking.php?c=71769&a=232&t=1&s=1010|13776
      6.  ww.rgjmp.com/redir.aspx?CID=4897&AFID=13979&DID=22490
      7.  login.tracking101.com/ez/ckinezpxsken/139
      8.  www.yourcrush.net/index.aspx?cid=6044

(b) Web progression logged on January 29, 2008 at 11:14 a.m.:

      1.  bestfreepeople.com
      2.  216.22.4.42/thanksforvisiting.jpg
      3.  www.rgjmp.com/redir.aspx?CID=4412&AFID=13776&DID=20752
      4.  www1.topqualityringtones.com/232/index.jsp?s=13776
      5.  tracking.fsjmp.com/080125/
      6.  www.rgjmp.com/redir.aspx?CID=4995&AFID=13979&DID=22967

3

7. mobileagogo.com/rg/genre/&r=http%3A//bestfreepeople.com/&cc=USD&ch=land
ing%20page&v0=9999

(c) Web progression logged on February 6, 2008 at 11:24 a.m.:

1. bestfreepeople.com
2. 216.22.4.42/thanksforvisiting.jpg
3. publishers.xy7.com/sw/50012/CD5265/
4. aff.primaryads.com/t.asp?id=7266&e=15961&subid=CD5265
5. www.groovintones.com/1192/landing281.jsp?s=7266
6. tracking.fsjmp.com/tracking.php?c=71769&a=281&t=1&s=1192%7C7266&e=0&
m=47aa083bea5f6&l=
http%3A%2F%2Fwww.groovintones.com%2F1192%2Flanding281.jsp%3Fs%3D7266&
r=http%3A%2F%2F
www.bestunbeatableoffer.com%2Fcaptcha-group-routine%2Fpre-entry-result.html
7. www.ringtonetimes.com/script/ajaxImpl.js;jsessionid=70C478D1EB6C23D573F2
8E3485B108A5.rtt06-t01

(d) Web progression logged on February 7, 2008 at 1:18 p.m.:

1. Bestfreepeople.com
2. 216.22.4.42/thanksforvisiting.jpg
3. Publishers.xy7.com/sw/50012/CD5265
4. Zabasearch.com

(e) Web progression logged on February 29, 2008 at 1:15 p.m.:

1. Bestfreepeople.com
2. Bestunbeatableoffer.com
3. 216.22.4.42/thanksforvisiting.jpg
4. Publishers.xy7.com/sw/50012/CD7281
5. Aff.primaryads.com/t.asp?id=7266&e15961&subid=7281
6. Groovintones.com/1192/landing281.jsp?s=7266
7. Tracking.fsjump.com//tracking.php?c=71769&a=281&t=1&s=1192%7C7266&e=
0&m=47c873cc33f41&l=
http%3A%2F%2Fwww.groovintones.com%2F1192%2Flanding281.jsp%3Fs%3D
7266&r=
http%3A%2F%2Fwww.bestunbeatableoffer.com%2Fcaptcha-group-
routine%2Fpre-entry-result.html

4

(f) Web progression logged on March 10, 2008 at 12:30 p.m.:

1. Bestfreepeople.com
2. Tellafriendrewards.com
3. 216.22.4.42/thanksforvisiting.jpg
4. Publishers.xy7.com/sw/51702/CD7281
5. Hits.affiliatetraction.com
/cgi-bin/redir?pd_link=i1-a36783-o3559-c53441&trackID=CD7281
6. Flycell.com/offer/?ref=655

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on April 18, 2008 in El Segundo, California.

_____
JOSEPH MAROTTA

DECLARATION OF JOSEPH MAROTTA IN SUPPORT OF
MYSPACE'S MOTION FOR DEFAULT JUDGMENTS AGAINST DEFENDANTS

# EXHIBIT A



MySpace.com

Home | Browse | Search | Invite | Film | Mail | Blogs | Favorites | Forum | Groups | Events | MySpace TV | Music | Comedy | Classifieds

Privacy | Help | SignOut

DOWNLOAD
DUCK HUNTING AT:

[People ▾] [Search ▾]

powered by Google

**Mail Center**
**Read Mail**

Compose

Empty

- Inbox
- Sent
- Saved
- Trash
- Friend Requests
- Sent Requests
- Tagged Photos
- Address Book
- Bulletin
- Event Invites

**To:** 🧑lexander..

**Date:** Jan 27, 2008 9:03 PM

**Subject:** RE: concert

**Body:** hey you will like this for your cell
just go to BestFreePeople.com
trust me this is all you

🔔 **Bright Idea:** [Add Captions to your Pictures, Add Now.]

myspace.com/pissedoffalex

Flag as **Spam** or **Report Abuse** [ ? ]

[Forward] [Delete]

<< Previous   Next >>

Sponsored Links

**Handball Tones**
Get Handball tones
Instant sports ringtones!
Handball.AnyTonez.com

**American River Rafting**
South & Middle Forks, fun for
all!
30 yrs exp, hot summer
discounts.
malode.com

**Basketball at Spectrum**
No Waiting On Equipment. Join
Now
& Receive 75% Off Initiation
Fee!
www.SpectrumClubs.com

**New England Tennis Camp**
60 miles north of New York City
Tennis camp for children 9-17
www.netennis.com



**Who's Online?**

EMERGENC...
Send Message
Online Now!

SNellIA...
Send Message
Online Now!

See Full Page



Find the
EXACT
name of
your
Love
Soul



MySpace.com

Privacy | Help | SignOut

Discover all the compatible singles who match you.
Free To Review Your Matches

START NOW ›

eHarmony
powered by Google

People [▼]   Search

Home | Browse | Search | Invite | Film | Mail | Blogs | Favorites | Forum | Groups | Events | MySpace TV | Music | Comedy | Classifieds

🖉 Compose
✉ Inbox
✉ Sent        Empty
💾 Saved
🗑 Trash
👤 Friend Requests
Sent Requests
📷 Tagged Photos
📖 Address Book
📋 Bulletin
📅 Event Invites

**Mail Center**
**Read Mail**

To:

Tom

Date:      Jan 27, 2008 5:55 PM

Subject:   RE: myspace records first release :)

Body:      hey you will like this for your cell
           just go to BestFreePeople.com
           trust me this is all you

Flag as **Spam** or Report **Abuse** [ ? ]

myspace.com/tom

Forward    Delete

🔅 **Bright Idea:** [Delete some goof from your friend list. **Delete Now.**]

<< **Previous**   **Next** >>

Sponsored Links

**Denver T Shirt**
Looking for fashionable clothes?
Training and consulting
available
dex.com/color-quest

**New 2008 Sinful Clothing**
New 2008 Sinful/Affliction
Clothing
Largest Selection Online. Free
S/H
www.soliscompany.com

**Janis Joplin t-shirts**
Jam Band Merchandise and
tie dyes for adults kids and
babies
eDeadShop.com

**Kerusso's Top T-Shirts**
Popular Christian T-Shirt
Designs
Great Prices - Low Shipping
www.igodtshirts.com

**Who's Online?**

**Dilksie**
Send Message
🌐 Online Now!

**¡i MICHᴇ...**
Send Message
🌐 Online Now!

**Danielle...**
Send Message

American Laser
Centers

Win
FREE





©2003-2008 MySpace.com. All Rights Reserved.

# EXHIBIT B







# EXHIBIT C



# EXHIBIT D

Whois record for 216.22.4.42                                      Page 1 of 2



**IP Information for 216.22.4.42**

| | |
|---|---|
| **IP Location:** | United States New York Online Turbo Merchant Inc |
| **IP Address:** | 216.22.4.42  W R P D T |
| **SSL Cert:** | www.rewards-hq.com SSL Certificate has expired. |
| **Reverse IP:** | 2 other sites hosted on this server. |
| **Blacklist Status:** | Clear |

**Whois Record**

```
OrgName:     ServInt Corp.
OrgID:       SRVN
Address:     6861 Elm Street
Address:     Suite 4-E
City:        McLean
StateProv:   VA
PostalCode:  22101
Country:     US

NetRange:    216.22.0.0 - 216.22.63.255
CIDR:        216.22.0.0/18
NetName:     SERVINT-CIDR-2
NetHandle:   NET-216-22-0-0-1
Parent:      NET-216-0-0-0-0
NetType:     Direct Allocation
NameServer:  NS.SERVINT.COM
NameServer:  NS2.SERVINT.COM
Comment:     ADDRESSES WITHIN THIS BLOCK ARE NON-PORTABLE
RegDate:     1998-07-14
Updated:     2003-11-05

RTechHandle: NO178-ARIN
RTechName:   Network Operations
RTechPhone:  +1-703-847-1421
RTechEmail:  noc@servint.com

OrgTechHandle: NO178-ARIN
OrgTechName:   Network Operations
OrgTechPhone:  +1-703-847-1421
OrgTechEmail:  noc@servint.com

CustName:    Online Turbo Merchant, Inc.
Address:     6 Laurel Lane
City:        Stratham
StateProv:   NH
PostalCode:  03885
Country:     US
RegDate:     2007-01-04
Updated:     2007-01-04
```

Whois record for 216.22.4.42                                      Page 2 of 2

```
NetRange:    216.22.4.0 - 216.22.4.255
CIDR:        216.22.4.0/24
NetName:     SRVN
NetHandle:   NET-216-22-4-0-1
Parent:      NET-216-22-0-0-1
NetType:     Reassigned
Comment:
RegDate:     2007-01-04
Updated:     2007-01-04

RTechHandle: NO178-ARIN
RTechName:   Network Operations
RTechPhone:  +1-703-847-1421
RTechEmail:   noc@servint.com

OrgTechHandle: NO178-ARIN
OrgTechName:   Network Operations
OrgTechPhone:  +1-703-847-1421
OrgTechEmail:   noc@servint.com
```

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

      I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 2450 Colorado Avenue, Suite 400E, Santa Monica, California 90404.

      On April 18, 2008, I served the **DECLARATION OF JOSEPH MAROTTA IN SUPPORT PLAINTIFF MYSPACE, INC.'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENTS AGAINST DEFENDANTS SANFORD WALLACE AND WALTER RINES;** on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

☒  **(BY MAIL)**

      ☒  I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service.  The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at Santa Monica, California, in the ordinary course of such business.

    Sanford Wallace                Walter Rines
    7800 S. Rainbow Blvd., Apt. 1118    6 Laurel Lane
    Building 26                 Stratham, NH 03885
    Las Vegas, NV 89139

    Sanford Wallace
    6130 W. Flamingo Rd. #205
    Las Vegas, NV 89103

☒  **(BY OVERNITE EXPRESS)**

      I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for delivery by Overnite Express.  Under the practice it would be deposited with Overnite Express on that same day with postage thereon fully prepared at Santa Monica, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if delivery by Overnite Express is more than one day after date of deposit with Overnite Express.

    Sanford Wallace                Sanford Wallace
    7800 S. Rainbow Blvd., Apt. 1118    6130 W. Flamingo Rd. #205
    Building 26                 Las Vegas, NV 89103
    Las Vegas, NV 89139

☒  **(FEDERAL)**       I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 18, 2008, at Santa Monica, California.

                                   _____
                                      Signature

                                   Jacquelyn Zwirn
                                   Print Name