```
 1  GREENBERG TRAURIG, LLP
    IAN C. BALLON (SBN 141819)
 2  WENDY M. MANTELL (SBN 225544)
 3  LORI CHANG (SBN 228142)
    NINA D. BOYAJIAN (SBN 246415)
 4  2450 Colorado Avenue, Suite 400E
    Santa Monica, California 90404
 5  Telephone: (310) 586-7700
    Facsimile: (310) 586-7800
 6  Email: ballon@gtlaw.com, mantellw@gtlaw.com
 7
    Attorneys for Plaintiff
 8  MYSPACE, INC.
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYSPACE, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SANFORD WALLACE D/B/A FREEVEGASCLUBS.COM, REAL-VEGAS-SINS.COM, and FEEBLE MINDED PRODUCTIONS, an individual; WALTER RINES, an individual; ONLINE TURBO MERCHANT, INC., a corporation; and ODYSSEUS MARKETING, INC., a corporation,<br><br>Defendants. | CASE NO. CV-07-1929 ABC (AGRx)<br><br>**DECLARATION OF LORI CHANG IN SUPPORT OF PLAINTIFF MYSPACE, INC.'S MOTION FOR DEFAULT JUDGMENTS AGAINST DEFENDANTS SANFORD WALLACE AND WALTER RINES**<br><br>**Filed Concurrently With:**<br>Notice of Motion and Motion; Memorandum; Declaration of Kevin Datoo; Declaration of Shing Yin Khor; Declaration of Joseph Marotta; and [Proposed] Order.<br><br>Date: May 12, 2008<br>Time: 10:00 a.m.<br>Ctrm: 680<br>Judge: Hon. Audrey B. Collins |

# DECLARATION OF LORI CHANG

I, Lori Chang, declare:

1. I am an attorney licensed to practice law in California and before this Court. I am an associate in the law firm of Greenberg Traurig, LLP, counsel of record for Plaintiff MySpace, Inc. ("MySpace") in this action. I have personal knowledge of the following facts, to which I would competently testify if necessary.

2. On September 25, 2007, the Court entered an Order authorizing alternative service by certified mail and email on defendant Walter Rines. A true and correct copy of the Order is attached as Exhibit 1. The Order provided that service of the summons and First Amended Complaint on Rines could be made by email to w.walterrines@comcast.net and by certified mail to Rines's home address, 6 Laurel Lane, Stratham, NH 03885. The Order further provided that service would be deemed complete upon emailing and mailing.

3. The First Amended Complaint was filed on September 26, 2007. October 1, 2007, counsel for MySpace caused defendant Rines to be served with a copy of the summons and First Amended Complaint by certified mail and email, as reflected on the Amended Proof Of Service, a true copy of which is attached hereto as Exhibit 2 and the original of which was filed with the Court on October 16, 2007. Rines, however, appears to have rejected service of the certified mail package because it was returned to counsel for MySpace marked "unclaimed." At some time after we served Rines by email, Rines also cancelled his comcast.net email account.

4. Pursuant to the Federal Rules of Civil Procedure, defendant Rines was required to respond to the First Amended Complaint by October 19, 2007. Rines, however, has not appeared, answered, or otherwise responded to the First Amended Complaint. As set forth in the accompanying Declaration of Joseph Marotta, Rines nevertheless has found a way literally and figuratively to raise his middle finger in an obscene gesture to MySpace.

5. Attached as Exhibit 3 are true and correct copies of the court's order entering default against Walter Rines, entered on November 28, 2007, and the clerk's entry of default against Rines.

6. Attached as Exhibit 4 is a true and correct copy of the court's order entering default against Sanford Wallace, entered on April 16, 2008.

7. Neither Sanford Wallace nor Walter Rines is an infant, incompetent, in military service or otherwise exempted from default judgment under the Soldiers and Sailors' Civil Relief Act of 1940.

8. In July 2007, counsel for MySpace received portions of the transcript of an April 19, 2007 deposition of Sanford Wallace, in response to a Freedom Of Information Act ("FOIA") request to the Federal Trade Commission ("FTC"). Attached hereto as Exhibit 5 is a true and correct copy of this deposition transcript.

9. Attached as Exhibit 5 is a true and correct copy of the deposition transcript of Walter Rines, taken by the Federal Trade Commission ("FTC") on June 13, 2007, and accompanying exhibits. Counsel for MySpace obtained this transcript pursuant to a FOIA request to the FTC.

10. Attached as Exhibit 6 is a true and correct copy of the deposition transcript of Sanford Wallace, taken by the FTC on April 19, 2007.

11. Attached as Exhibit 7 is a true and correct copy of a contempt motion filed by the FTC on January 23, 2008, in the District of New Hampshire, based upon defendants' spamming and phishing attacks on MySpace.

12. Attached as Exhibit 8 is a true and correct copy of a preliminary injunction obtained by the FTC against Rines, entered on or around April 19, 2006, by the District of New Hampshire.

13. Attached as Exhibit 9 is a true and correct copy of the Stipulated Final Order For Permanent Injunction And Settlement Of Claims For Monetary Relief obtained by

2

DECLARATION OF LORI CHANG IN SUPPORT OF MYSPACE'S
MOTION FOR DEFAULT JUDGMENTS AGAINST DEFENDANTS

the FTC against Rines, entered on or around October 24, 2006, by the District Court of New Hampshire.

14. Attached as Exhibit 10 is a true and correct copy of this court's preliminary injunction order entered on July 20, 2007.

15. Attached as Exhibit 11 is a true and correct copy of this court's order modifying the original preliminary injunction order, entered on October 16, 2007.

16. Attached as Exhibit 12 is a true and correct copy of the Declaration of Sarah Kaleel, filed in support of MySpace's preliminary injunction motion.

17. Attached as Exhibit 13 is a true and correct copy of the Declaration of Rick Frazier, filed in support of MySpace's preliminary injunction motion.

18. Attached as Exhibit 14 is a true and correct copy of the Declaration of Jason Wiley, filed in support of MySpace's preliminary injunction motion.

19. Attached as Exhibit 15 is a true and correct copy of the Supplemental Declaration of Sarah Kaleel, filed in support of MySpace's preliminary injunction motion.

20. Attached as Exhibit 16 is a true and correct copy of the Declaration of Ian Ballon, filed in support of MySpace's preliminary injunction motion.

21. Attached as Exhibit 17 is a true and correct copy of the Declaration of Sanford Wallace, filed in opposition to MySpace's preliminary injunction motion.

22. Attached as Exhibit 18 is a true and correct copy of the Declaration of Shing Yin Khor in support of MySpace's motion to modify the preliminary injunction order.

23. Attached as Exhibit 19 are true and correct copies of documents produced by Digital River, Inc. ("DirecTrack data"), and MySpace's subpoena duces tecum served upon Digital River, Inc. The DirecTrack data consists of a spreadsheet that summarizes Rines's August 2007 earnings based upon subscriptions ("leads") generated for various commercial promotions ("campaigns"), including Ringtones.net (line 11), which was the service promoted in the spam attacks that Rines launched on MySpace beginning in

3
DECLARATION OF LORI CHANG IN SUPPORT OF MYSPACE'S
MOTION FOR DEFAULT JUDGMENTS AGAINST DEFENDANTS

August 2006. *See* Declaration of Shing Yin Khor In Support Of MySpace, Inc.'s Motion To Modify The Court's Preliminary Injunction Order, filed on October 1, 2007, ¶ 7.

24.  Attached as Exhibit 20 are true and correct copies of documents produced by Domains By Proxy, Inc. and MySpace's subpoena duces tecum served upon Domains By Proxy, Inc. These documents show that Rines is the registrant for the domains used in the attacks beginning in August 2007, as referenced in the Declaration of Shing Yin Khor In Support Of MySpace, Inc.'s Motion To Modify The Court's Preliminary Injunction Order, filed on October 1, 2007, ¶ 3.

25.  Attached as Exhibit 21 are true and correct copies of documents produced by Fling.com, LLC ("Fling.com data") and MySpace's subpoena served upon Fling.com, LLC. These documents summarize payments to Rines for generating leads for Fling.com, between December 2006 and September 2007. Defendants have spammed MySpace to promote websites advertising offers from Fling.com. *See* Declaration of Rick Frazier In Support Of MySpace, Inc.'s Motion For Preliminary Injunction, filed on June 11, 2007, ¶ 8.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on April 18, 2008 in Santa Monica, California.

_____
LORI CHANG

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 2450 Colorado Avenue, Suite 400E, Santa Monica, California 90404.

On April 18, 2008, I served the **DECLARATION OF LORI CHANG IN SUPPORT PLAINTIFF MYSPACE, INC.'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENTS AGAINST DEFENDANTS SANFORD WALLACE AND WALTER RINES**; on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

☒ **(BY MAIL)**

☒ I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at Santa Monica, California, in the ordinary course of such business.

Sanford Wallace  
7800 S. Rainbow Blvd., Apt. 1118  
Building 26  
Las Vegas, NV 89139  

Walter Rines  
6 Laurel Lane  
Stratham, NH 03885  

Sanford Wallace  
6130 W. Flamingo Rd. #205  
Las Vegas, NV 89103  

☒ **(BY OVERNITE EXPRESS)**

I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for delivery by Overnite Express. Under the practice it would be deposited with Overnite Express on that same day with postage thereon fully prepared at Santa Monica, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if delivery by Overnite Express is more than one day after date of deposit with Overnite Express.

Sanford Wallace  
7800 S. Rainbow Blvd., Apt. 1118  
Building 26  
Las Vegas, NV 89139  

Sanford Wallace  
6130 W. Flamingo Rd. #205  
Las Vegas, NV 89103  

☒ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 18, 2008, at Santa Monica, California.

_____  
Signature

Jacquelyn Coin  
Print Name