GREENBERG TRAURIG, LLP
IAN C. BALLON (SBN 141819)
WENDY M. MANTELL (SBN 225544)
LORI CHANG (SBN 228142)
NINA D. BOYAJIAN (SBN 246415)
2450 Colorado Avenue, Suite 400E
Santa Monica, California 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
Email: ballon@gtlaw.com, mantellw@gtlaw.com

Attorneys for Plaintiff
MYSPACE, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYSPACE, INC., a Delaware Corporation,<br><br>              Plaintiff,<br><br>vs.<br><br>SANFORD WALLACE D/B/A FREEVEGASCLUBS.COM, REAL-VEGAS-SINS.COM, and FEEBLE MINDED PRODUCTIONS, an individual; WALTER RINES, an individual; ONLINE TURBO MERCHANT, INC., a corporation; and ODYSSEUS MARKETING, INC., a corporation,<br><br>              Defendants. | CASE NO. CV-07-1929 ABC (AGRx)<br><br>**ORDER DISMISSING DEFENDANTS ONLINE TURBO MERCHANT, INC. AND ODYSSEUS MARKETING, INC. WITHOUT PREJUDICE**<br><br>[Filed concurrently with MySpace's Response to Order to Show Cause Re: Dismissal and Request for Voluntary Dismissal]<br><br><br>Date: June 6, 2008<br>Ctrm: 680<br>Judge: Hon. Audrey B. Collins |

[PROPOSED] ORDER

**[PROPOSED] ORDER**

**IT IS ORDERED** that Plaintiff's complaint and this lawsuit be dismissed <u>without</u> prejudice against Defendants Online Turbo Merchant, Inc. and Odysseus Marketing, Inc.

**SO ORDERED.**

_May 20, 2008

*/s/ Audrey B. Collins*

SUBMITTED BY:

GREENBERG TRAURIG, LLP

By: ____/S/_____
      Ian C. Ballon
      Wendy M. Mantell
      Lori Chang
      Attorneys for Plaintiff MySpace, Inc