1  GREENBERG TRAURIG, LLP
2  IAN C. BALLON (SBN 141819)
   WENDY M. MANTELL (SBN 225544)
3  LORI CHANG (SBN 228142)
   NINA D. BOYAJIAN (SBN 246415)
4  2450 Colorado Avenue, Suite 400E
   Santa Monica, California  90404
5  Telephone: (310) 586-7700
6  Facsimile: (310) 586-7800
   Email:  ballon@gtlaw.com, mantellw@gtlaw.com
7
   Attorneys for Plaintiff
8  MYSPACE, INC.

9

10                  **UNITED STATES DISTRICT COURT**
11
12                  **CENTRAL DISTRICT OF CALIFORNIA**

13
14  MYSPACE, INC., a Delaware Corporation,
15           Plaintiff,
16  vs.
17
18  SANFORD WALLACE D/B/A
19  FREEVEGASCLUBS.COM, REAL-VEGAS-SINS.COM, and FEEBLE
20  MINDED PRODUCTIONS, an individual; WALTER RINES, an
21  individual; ONLINE TURBO
22  MERCHANT, INC., a corporation; and ODYSSEUS MARKETING,
23  INC., a corporation,
24
25           Defendants.
26

CASE NO. CV-07-1929 ABC (AGRx)

**AMENDED ORDER GRANTING PLAINTIFF MYSPACE, INC.'S MOTION FOR DEFAULT JUDGMENTS AGAINST DEFENDANTS SANFORD WALLACE AND WALTER RINES**

**Filed concurrently with:**
Notice of Errata

Date:  May 12, 2008
Time:  10:00 a.m.
Ctrm:  680
Judge:  Hon. Audrey B. Collins

27
28          [PROPOSED] AMENDED ORDER GRANTING MYSPACE'S
         MOTION FOR DEFAULT JUDGMENTS AGAINST DEFENDANTS

Plaintiff MySpace, Inc.'s ("MySpace") Motion For Default Judgments Against Defendants Sanford Wallace And Walter Rines came before the Court on May 12, 208, in courtroom 680, the Honorable Audrey B. Collins presiding.  Having reviewed the moving and opposing papers and supporting declarations filed with the Court, and having heard the arguments of counsel, IT IS HEREBY ORDERED AND ADJUDGED THAT:

    Default judgments are entered against defendants Sanford Wallace and Walter Rines as follows:

    A.    [To be checked by the Court]

    __X__ Statutory damages in the amount of $160,390,200 against Wallace and $223,777,500 against Rines, for violations of the CAN-SPAM Act ($160,390,200 in joint and several liability and an additional $63,387,300 against Rines).

    [OR]

    ____ Liquidated damages in the amount of $70,731,700 against Wallace and $81,296,250 against Rines, for violations of MySpace's TOU Contract ($81,296,250 in joint and several liability and an additional $10,564,550 against Rines); plus punitive damages in the amount of $25,000,000 for unfair competition.

    B.    Statutory damages in the amount of $1,500,000 are awarded against defendants for violations of California's anti-phishing statute, Cal. Bus. & Prof. Code § 22948.2.

    C.    Attorneys' fees awarded against defendants in an amount that equals to $4,509,150, as calculated pursuant to the formula prescribed by Local Rule 55-3 ($5,600 plus 2% of the amount over $100,000); plus costs of suit.

    D.    A permanent injunction against defendants, as follows:

The Court ENJOINS defendants Sanford Wallace and Walter Rines (collectively "defendants") and their agents, servants, employees, representatives, and all other persons or entities acting on defendants' behalf or in concert or participation with defendants, from:

(1) accessing or using the MySpace.com website, MySpace Internet messaging service and/or any other services offered by or through MySpace (the "MySpace Service") to directly or indirectly send or transmit any electronic communications, emails or instant messages to any MySpace user or MySpace account or to post comments or bulletins;

(2) establishing or maintaining MySpace profiles or accounts;

(3) using the MySpace Service for a commercial purpose;

(4) referring to MySpace in connection with any unsolicited commercial electronic communication, email or instant message, in any way that falsely or fraudulently suggests that such message was approved by, generated by, or is in any way affiliated with MySpace;

(5) using any MySpace logo or using any graphic, interface, or other presentation that approximates or resembles the MySpace.com log-in page to mislead users into believing that they are logging onto their MySpace.com accounts rather than providing defendants with their username and password;

(6) inducing a MySpace user to provide MySpace identifying information, including MySpace account information such as a username and/or password, without first informing the user the defendants are not affiliated with or sanctioned by MySpace and without obtaining fully informed, knowing, and voluntary consent through a separate affirmative step by the user;

(7) using any automated scripts, bots, or other executable programs in connection with any MySpace account or the MySpace Service or providing such programs to third parties for use on the MySpace Service; and

1  (8) encouraging, facilitating, enabling or inducing any person or entity to do any of the above.

DATED: May 29, 2008          By: _____*Audrey B. Collins*_____
                                  Honorable Audrey B. Collins
                                  United States District Judge

Submitted by:

GREENBERG TRAURIG LLP

By_____
      IAN C. BALLON
      WENDY M. MANTELL
      LORI CHANG

Attorneys for Plaintiff
MYSPACE, INC.

3
[PROPOSED] AMENDED ORDER GRANTING MYSPACE'S
MOTION FOR DEFAULT JUDGMENTS AGAINST DEFENDANTS